FILED
CLERK, U.S. DISTRICT COURT

SEP 1 5 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Johnnatan Vascosil, DEFENDANT(S). | CASE NUMBER 2:22-3690 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for __9/19/2022__, ___, at __12:00__ ☐a.m. / ☒p.m. before the Honorable __Chooljian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/15/2022__

_____
U.S. District Judge/Magistrate Judge